| | |
|---|---|
| Hao Ni (pro hac vice)<br>hni@nilawfirm.com<br>NI, WANG & MASSAND, PLLC<br>8140 Walnut Hill Lane, Suite 500<br>Dallas, TX 75231<br>Telephone: (972) 331-4600<br>Facsimile: (972) 314-0900<br><br>Attorneys for Plaintiff<br>PC Coma LLC | Michael C. Ting (SBN 247610)<br>TECHKNOWLEDGE LAW GROUP LLP<br>100 Marine Parkway, Suite 200<br>Redwood Shores, California 94065<br>Telephone: (650) 517-5200<br>Facsimile: (650) 226-3133<br>mting@tklg-llp.com<br>tgray@tklg-llp.com<br><br>Attorneys for Defendant<br>ACER AMERICA CORPORATION |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PC COMA LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ACER AMERICA CORPORATION,<br><br>    Defendant. | Case No. 4:19-cv-00986-PJH<br><br>**JOINT MOTION TO DISMISS** |

WHEREAS, Plaintiff PC Coma LLC ("Plaintiff") and Defendant Acer America Corporation ("Defendant") have resolved Plaintiff's claims for relief against Defendant asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and and with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:   September 9, 2019 | Dated:   September 9, 2019 |
| 3 | By: */s/ Hao Ni*_____ | By: */s/ Michael Ting*_____ |
| 4 | Hao Ni | Michael Ting |
| 5 | Hao Ni (pro hac vice)<br>*hni@nilawfirm.com* | Michael C. Ting (SBN 247610)<br>TECHKNOWLEDGE LAW GROUP LLP |
| 6 | NI, WANG & MASSAND, PLLC<br>8140 Walnut Hill Lane, Suite 500 | 100 Marine Parkway, Suite 200<br>Redwood Shores, California 94065 |
| 7 | Dallas, TX 75231<br>Telephone: (972) 331-4600 | Telephone: (650) 517-5200<br>Facsimile: (650) 226-3133 |
| 8 | Facsimile: (972) 314-0900 | mting@tklg-llp.com<br>tgray@tklg-llp.com |
| 9 | **Attorneys for Plaintiff**<br>**PC Coma LLC** | **Attorneys for Defendant**<br>**Acer America Corporation** |