| | |
|---|---|
| Hao Ni (pro hac vice)<br>hni@nilawfirm.com<br>NI, WANG & MASSAND, PLLC<br>8140 Walnut Hill Lane, Suite 500<br>Dallas, TX 75231<br>Telephone: (972) 331-4600<br>Facsimile: (972) 314-0900<br><br>Attorneys for Plaintiff<br>PC Coma LLC | Michael C. Ting (SBN 247610)<br>TECHKNOWLEDGE LAW GROUP LLP<br>100 Marine Parkway, Suite 200<br>Redwood Shores, California 94065<br>Telephone: (650) 517-5200<br>Facsimile: (650) 226-3133<br>mting@tklg-llp.com<br>tgray@tklg-llp.com<br><br>Attorneys for Defendant<br>ACER AMERICA CORPORATION |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PC COMA LLC,<br><br>          Plaintiff,<br><br>v.<br><br>ACER AMERICA CORPORATION,<br><br>          Defendant. | Case No. 4:19-cv-00986-PJH<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On this day, Plaintiff PC Coma LLC ("Plaintiff") and Defendant Acer America Corporation ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.